Russell A. Robinson, SBN 163937
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone: 415.255.0462
Facsimile: 415.431.4526

Attorneys for Plaintiff
PETER GEORGIEV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER GEORGIEV,<br><br>        Plaintiff,<br><br>   v.<br><br>LAWRENCE STONE, individually and in his capacity as Assessor of Santa Clara County; SANTA CLARA COUNTY; and, DOES 1 through 20,<br><br>        Defendants. | No. C-07-6064-HRL<br><br>**CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**<br><br>**DEMAND FOR JURY TRIAL**<br><br>_____ |

TO THE HONORABLE COURT IN THIS MATTER:

PLEASE TAKE NOTICE that Plaintiff Peter Georgiev, by and through counsel, hereby consents to proceed before a magistrate judge for all purposes. Appeal from any judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: December 5, 2007          Respectfully submitted,


                                          /s/  Russell A. Robinson
                                 By:    Russell A. Robinson
                                 Law Office of Russell A. Robinson, APC
                                 Counsel for Plaintiff
                                 PETER GEORGIEV

_____
CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE
*Jefferson v. Stone, et al.* (No. C-07-6064-HRL)          -1-