1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone: 415.255.0462
   Facsimile: 415.431.4526
4
   Attorneys for Plaintiff
5  PETER GEORGIEV

6

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 | PETER GEORGIEV,                          )   No. C-07-6064-HRL
                                              )
12 |         Plaintiff,                       )   **AMENDMENT TO CORRECT THE**
                                              )   **SPELLING OF PLAINTIFF PETER**
13 |   v.                                     )   **GEORGIEV'S NAME; ORDER**
                                              )
14 | LAWRENCE STONE, individually and in      )   **DEMAND FOR JURY TRIAL**
     his capacity as Assessor of Santa Clara  )
15 | County; SANTA CLARA COUNTY; and,         )   _____
     DOES 1 through 20,                       )
16 |                                          )
             Defendants.                      )
17 | _____  )

18     TO THE HONORABLE COURT IN THIS MATTER:

19     PLEASE TAKE NOTICE THAT PLAINTIFF PETER GEORGIEV hereby seeks to amend,

20 through counsel of record, the Court's docket in this matter and all previously filed documents to

21 correct the spelling of the name of Plaintiff PETER GEORGIEV.

22     For reasons not clear, Plaintiff's last name has been incorrectly spelled "Georgieva" on the

23 Court's docket. Plaintiff therefore requests that the Court's docket reflect the correct spelling of

24 Mr. Georgiev's name, and that, wherever the incorrect spelling of Plaintiff's name ("Peter

25 Georgieva") appears, he be deemed to have been correctly named as **PETER GEORGIEV.**

26 Date:   December 5, 2007            _____/s/ Russell A. Robinson_____
                                      Law Office of Russell A. Robinson, APC
27                                    By:    Russell A. Robinson
                                      Counsel for Plaintiff
28                                    PETER GEORGIEV

_____
AMENDMENT TO CORRECT THE SPELLING OF
PLAINTIFF PETER GEORGIEV'S NAME; ORDER
*Jefferson v. Stone, et al.* (No. C-07-6064-HRL)        -1-

**ORDER**

Good cause appearing,

It is hereby ordered that the Court's docket be changed to reflect the correct spelling of Peter Georgiev's name, and that, wherever the incorrect spelling of the subject plaintiff's name ("Peter Georgieva") appears, he be deemed to have been correctly named as **PETER GEORGIEV** in this matter.

**IT IS SO ORDERED.**

Date:   December __, 2007

  Magistrate Judge Howard R. Lloyd
  USDC, Northern District of California

---

AMENDMENT TO CORRECT THE SPELLING OF
PLAINTIFF PETER GEORGIEV'S NAME; ORDER
*Jefferson v. Stone, et al.* (No. C-07-6064-HRL)          -2-