| | |
|---|---|
| 1 | Russell A. Robinson, SBN 163937 |
| | Law Office of Russell A. Robinson, APC |
| 2 | 345 Grove Street, First Floor |
| | San Francisco CA 94102 |
| 3 | Telephone: 415.255.0462 |
| | Facsimile: 415.431.4526 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | PETER GEORGIEV |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| PETER GEORGIEV, | ) | No. C-07-6064-HRL |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL, WITHOUT** |
| | ) | **PREJUDICE, OF ENTIRE ACTION** |
| v. | ) | **[Civil Rights]** |
| | ) | |
| LAWRENCE STONE, individually and in his capacity as Assessor of Santa Clara County; SANTA CLARA COUNTY; and, DOES 1 through 20, | ) ) ) ) ) | **[Jury Trial Demanded]** |
| Defendants. | ) ) | |

PLAINTIFF, THROUGH COUNSEL, HEREBY GIVES NOTICE AS FOLLOWS:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), of the dismissal of this entire action, as to all parties and all claims, without prejudice.

Date:   March 13, 2008          /s/ Russell A. Robinson
                                Law Office of Russell A. Robinson, APC
                                By:   Russell A. Robinson
                                Counsel for Plaintiff
                                PETER GEORGIEV

_____

*Georgiev v. Stone, et al. (No. C-07-6064-HRL)*
NOTICE OF DISMISSAL, WITHOUT PREJUDICE,
OF ENTIRE ACTION
[Jury Trial Demanded]                   -1-                         GEORGIEVP005

**ORDER**

Good cause appearing,

It is hereby ordered pursuant to Plaintiff's notice and Federal Rules of Civil Procedure, Rule 41(a)(1), that this entire action is dismissed, as to all parties and all claims, without prejudice.

**IT IS SO ORDERED.**

Date:   March ___, 2008

_____
Magistrate Judge Howard R. Lloyd
USDC, Northern District of California

---

*Georgiev v. Stone, et al. (No. C-07-6064-HRL)*
NOTICE OF DISMISSAL, WITHOUT PREJUDICE,
OF ENTIRE ACTION
[Jury Trial Demanded]                    -2-                              GEORGIEVP005